IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:11CR0335 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER RELEASING** |
| v. | ) | **DEFENDANT FROM CUSTODY** |
| | ) | |
| BRANDI STEVENS, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the Defendant's oral motion for release from custody to allow her release to attend treatment at the Santa Monica House in Omaha, Nebraska, as one of the conditions of her Supervised Release in this matter.

On consideration, the Court orders:

That the Defendant shall be released from the U.S. Marshal's courthouse facility **on Wednesday, March 16, 2016, no later than 9:00 a.m.** to Federal Public Defender staff for transportation to the Santa Monica House in Omaha, Nebraska, to participate in said program and reside there as an additional condition of her Supervised Release.

In addition, the Defendant remains subject to all of the previously ordered conditions of her supervised release. Further, the Court orders that if the Defendant fails to remain in such program, participate in such program, and obey all the rules of such program, the Court shall be notified immediately so that a warrant may issue.

DATED this 14th of March, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge
Joseph F. Bataillon