# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR335 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| BRANDI STEVENS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the Motion of the United States (Filing No. 125), leave of court is granted for the filing of the dismissal of the Petition for Offender Under Supervision (Filing No. 102).

IT IS ORDERED that the Motion to Dismiss the Petition for Offender Under Supervision (Filing No. 125) is granted.

Dated this 21st day of June, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge